| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Parker, Barrington D | 2. Court or Organization<br><br>USCA - Second Circuit | 3. Date of Report<br><br>5/11/2004 |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States Circuit Judge -A | 5. Report Type (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial  ●Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>281 Tresser Boulevard<br><br>Stamford, CT 06901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | The Yale Corporation |
| 2. | Trustee | The Governance Institute |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED May 12 12 15 PM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Parker, Barrington D | 5/11/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| I. | | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | |
|---|---|---|---|
| I. | 2003 | Self-Employed - Bookstore | 0.00 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Pennsylvania | Jan. 23-24 – Pennsylvania Moot Court Keedy Cup Competetion (Transportation, Meals and Lodging) |
| 2. | Governance Institute | Feb. 15 - Trustees Meeting - (Transportation) |
| 3. | University of California Law School | Mar. 11 - 13 - UCLA Moot Court Competetion - (Transportation, Meals and Lodging) |

## V. GIFTS. (Includes those to spouse and dependant children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Parker, Barrington D | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Brokerage A/C#1 | | | | | | | | | |
| 2. Industrial Bank of Washington | | None | J | T | | | | | |
| 3. On Line Resources | | None | J | T | | | | | |
| 4. Brokerage A/C #2 (IRA) | | | | | | | | | |
| 5. Firsthand FDS Technology Leaders FD | | None | J | T | | | | | |
| 6. Firsthand FDS E-Commerce FD | | None | J | T | | | | | |
| 7. Firsthand FDS Technology Value Fund | | None | J | T | | | | | |
| 8. Firsthand FDS Communications FD | | None | J | T | | | | | |
| 9. Brokerage A/C #3 (IRA) | | | | | | | | | |
| 10. Farrallon Capital Offshore Investors Inc. (Mutual Fund) | G | Dividend | O | T | | | | | |
| 11. Other Assets | | | | | | | | | |
| 12. Black Books Galore | | None | K | W | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1. All securities transactions reported were transacted in managed accounts in which I played no role in selection (purchase or sale) of any security.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____    Date __May 11, 2004__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544